**FIRE**                                  **Claim Number: 06-43R6-88F**                              **RBZ000I5**

---

**Category:** Claim Note                                                    **Sub Category:**

Please review OD letter for earth movement and/or settlement. Since DOL NI has noticed cracking in the drywall of multiple rooms through out the house. Photos of cracking are in documents.

Claim currently pending Alpha Restoration Mitigation estimate, Plumbing Dx & invoice, and measurement of crawl space from Mitigation CTR or access for CO to go back and take measurement to estimate for radon barrier. During inspection crawl space entrance was blocked with mitigation equipment and CO was unable to measure.

01-09-2023 - 8:01 PM MST              **Performer:** Yowell, Jared                          **Office:**WDCOSD

   **File Note:** New Mail / CO PCT NI

   **Participant:** VENUS D WRIGLEY                          **COL / Line (Participant):** 37 / 001(Named Insured(s))

      **Category:** Contact - Outbound Call, Claim Note                  **Sub Category:**

CO reviewed new mail submitted by NI Venus Wrigley, NI mentioned she is just confirming CO received NI's email before she sends any documents.

 CO PCT NI Venus Wrigley (720) 272-5777 ODM sent

•    NI was unavailable, CO left detailed VM advising NI that she does have correct SF email address so submit information to. CO provided call back # for NI to f/u with any other questions.

CO to complete OD letter for damages caused by earth movement / settlement. Pending Plumbing Dx report for remaining damages to plumbing & radon barrier in crawl space.

01-08-2023 - 11:02 PM MST             **Performer:** Yowell, Jared                          **Office:**WDCOSD

   **File Note:** Water Proximity Inspection File Note

   **Participant:** VENUS D WRIGLEY                          **COL / Line (Participant):** 37 / 001(Named Insured(s))

      **Category:** Investigation, Claim Note                            **Sub Category:**

---

STATE FARM CONFIDENTIAL INFORMATION

Distribution on a Business Need to Know Basis Only

88F-000071

FIRE                              Claim Number: 06-43R6-88F                              RBZ000I5

Water Proximity Claim Handling

Met with: Venus Wrigley on 1/07/2023 @ 1:00PM MST

Verify information from QFC: <mark>Possible pipe burst in the crawl space of the home causing water damage inside the crawl space.</mark>
   Origin of Loss (source) and how confirmed: Frozen pipe burst in crawl space, Insured - pending Plumbing Dx
   Cause of Loss (how/why) and how confirmed: Freeze
   Volume and Rate of Water (how much in period of what time?): Unknown exactly

Determination of Coverage: Pending
From the information above has the coverage evaluation been completed (Y/N): Yes
 If Yes, summarize coverage evaluation:
•    Pending Plumbing Dx report / repair Invoice - pipe froze and busted under crawl space due to freezing weather - confirmed by NI
•    Insured is showing areas of concern through out home of cracking in different areas of the drywall that is showing signs of ground movement / settlement, coverage not extended for damages caused by earth movement / settlement, etc.
If No, explain what is pending for coverage evaluation? N/A

Scope of Damages:
   Coverage A:
•    Water damage in crawl space, unknown extent of damages as the area is still being dried out by mitigation CTR. Plumbing has not been repaired as Plumber is unable to access busted pipe with mitigation equipment in crawl space.
•    Insured has pointed out areas of concern in multiple rooms that is showing cracking in different areas of the drywall that is presenting a sign of earth movement / settlement. CO has discussed coverage issue with Insured and explained that CO will have to review policy with management and follow up with NI with a letter that states policy language.
      Cabinets affected? No
      Type of Material: N/A
      Wood Flooring affected? Unsure if flooring damaged underneath / subfloor
   Coverage B: Nothing pending
   Coverage C: Pending ALE receipts from NI, water has not been restored to home as plumber is unable to access break location with mitigation equipment in the way.
      ALE housing or food expense (Y/N): Pending receipts from NI - NI has been staying with her friend and not a hotel
      Time to Repair/Replace: TBD

Category/Class of Water: 1/2

Customer's decision about SFPSP after explanation and offer (Mitigation, CSP, Flooring Only): N/A

Mitigation Status: In progress
-Who is mitigating? Alpha Restoration
-Date and time mitigation began? TBD
-Estimated time period of the mitigation process? In progress, TBD
-What mitigation equipment was present during inspection? Please provide breakdown by room. Unable to access crawl space

Subrogation (Y/N and why/why not): No, weather related
If yes, subrogation opened on file: Y/N N/A
If no, why was subrogation not opened: N/A
If product/part is involved, age, make/model/SN/retain all products/parts: N/A
Evidence obtained (Y/N) N/A
Evidence location: N/A

 Additional information:
•    Pending Plumbing Dx report/invoice & Alpha Restoration mitigation estimate/invoice
•    Pending CO to complete OD letter for earth movement/settlement and submit to VTM for review
01-07-2023 - 1:22 PM CST                    Performer: Chaney, Brineshia                              Office:WCCSSTWD
      File Note: NI inquired to know if inspecter can be notified t
   Participant: VENUS D WRIGLEY                          COL / Line (Participant):
   Category: Contact - Inbound Call                          Sub Category:

Date: 01-09-2025                                                                                          Page 51

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

88F-000072

**FIRE**                              **Claim Number: 06-43R6-88F**                              **RBZ000I5**

NI inquired to know if inspecter can be notified that she will be 45 mins late for appointment or needs to reschedule if she needs to/ ni called 15 mins after scheduled appoiment advised that it may be to late to notify  inspecter , should be able to reschedule

01-05-2023 - 6:23 PM MST          **Performer:** Yowell, Jared                              **Office:**WDCOSD
    **File Note:** CO PCT NI Venus Wrigley
    **Participant:** VENUS D WRIGLEY          **COL / Line (Participant):** 37 / 001(Named Insured(s))
    **Category:** Contact - Outbound Call, Claim Note          **Sub Category:**

CO PCT NI Venus Wrigley (720) 289-4401
•   CO spoke with NI and discussed claim. CO scheduled inspection with NI for Saturday 1/7 @ 1:00PM MST.
•   NI had NFQ at this time, call ended mutually.
CO Cal set for scheduled inspection 1/7 @ 1:00PM MST

01-04-2023 - 7:17 PM MST          **Performer:** Yowell, Jared                              **Office:**WDCOSD
    **File Note:** Pending
    **Participant:**          **COL / Line (Participant):** 37 / 001(Named Insured(s))
    **Category:** Pending          **Sub Category:**

Cov A:
•   Inspection
•   WEX & Plumbing Invoice
•   SFE
•   Settle
•   Close
Cov B:
•   Nothing pending at this time
Cov C:
•   Pending review with NI, QFC states Cov C extended due to no running water
Sub: No, weather related
Mortgagee (Dollar One Y/N): No

01-04-2023 - 7:14 PM MST          **Performer:** Yowell, Jared                              **Office:**WDCOSD
    **File Note:** CO review of reassignment / CO PCT NI
    **Participant:** VENUS D WRIGLEY          **COL / Line (Participant):** 37 / 001(Named Insured(s))
    **Category:** Contact - Outbound Call, Claim Note          **Sub Category:**

CO PCT NI Venus Wrigley (720) 272-5777 & (720) 289-4401
•   5777 - NI was unavailable, CO left detailed VM introducing self as reassigned CO and provided call back # for NI to f/u
•   4401 - NI was unavailable and CO was unable to leave VM due to VM box not being set up
CO setting Cal to f/u with NI attempt #2 - schedule inspection

12-31-2022 - 12:15 PM CST          **Performer:** Harris, Damica                              **Office:**WCCSSTWD
    **File Note:** PENDING
    **Participant:** VENUS D WRIGLEY          **COL / Line (Participant):**
    **Category:** Pending          **Sub Category:**

PENDING File Note
Cov A:Ach F/U
Cov B: N/A
Cov C:n/A
Sub: No
Mortgagee (Dollar One Y/N): No

12-31-2022 - 12:14 PM CST          **Performer:** Harris, Damica                              **Office:**WCCSSTWD
    **File Note:** Contact Note
    **Participant:** VENUS D WRIGLEY          **COL / Line (Participant):**
    **Category:** Claim Note          **Sub Category:**

Phone call was discontinue during call. CO called NI back twice in order to see if she needed to start ALE due to her not having any water.
CO left LVM requesting a call back if ALE was needed.

12-31-2022 - 12:12 PM CST          **Performer:** Harris, Damica                              **Office:**WCCSSTWD
    **File Note:** QFC
    **Participant:** VENUS D WRIGLEY          **COL / Line (Participant):**
    **Category:** Quality First Contact          **Sub Category:**

Date: 01-09-2025                                                                                                    Page 52

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

88F-000073

**FIRE**                           **Claim Number: 06-43R6-88F**                       **RBZ000I5**

Fire Property QFC and Investigation (Water)

Prior Related Losses: Yes, 07/05/2019 COL, 35 hail damage
Contact (who): Venus Wrigley
Virtual Inspection Used (yes/no, if no why not)?
Venus stated she thinks on the 12/25/2022 and there was no running water. NI stated she found water flooding in the crawl space. Ni stated the crawl space is located on below the main level of the home below the home. Ni stated she could not physically see any water damage throughout the interior of the house.
NI stated she called the plumber who stated they think it was from a  frozen pipe, but they are not for sure because they can not go into the crawl space until it has been cleaned up.
NI stated Altha  Restoration Company came out on 12/29/2022 or 12/30/2022 initially and they came back out on 12/31/2022 to start mitigation.  CO explained to NI to make sure pictures are taken of the damage pipe when the plumber comes back out. Ni stated she understood.


Origin of Loss (source):  Burst/ Frozen Pipes in crawl space
 How Confirmed: Pending pictures of busted pipes
Cause of Loss (how/why): Freezing Temp
 How Confirmed: plumber - PH to submit invoice and photos. Describe Volume and Rate of Water (how much in period of what time?):
How long (period of time) was the leak/water running?
Category/Class of Water:1/2
From the information above has the coverage evaluation been completed (Y/N): Y
   If Yes, summarize coverage evaluation: Yes PH stated she will submit plumbing invoice for review and photos to show loss to plumbing that cause damage to basement. CO explained to NI to take pics of burst pipe.


If No, explain what is pending for coverage evaluation?

Scope of Damages: Unknow damages/ plumbing
  Coverage A (Rooms/materials affected: Unknown damage at this time. Water damage in crawl space.
Cabinets affected? No
    Type of Material: N/A
    Wood Flooring affected? N/A
    Type of Material N/A
Coverage B (salvageable/non-salvageable):  no
 Coverage C: Yes, no running water.
 ALE housing or food expenses(normal/increase)Normal
 Time to Repair/Replace: Unknown

Customer's decision about SFPSP after explanation and offer (Mitigation, CSP, Flooring Only): Mitigation pending.

Mitigation Status:  In process
  Who is mitigating? Altha Restoration
  When did they come (day/time)? Day time
  Estimated time period of the mitigation process? At least 5 days
  What mitigation equipment is currently present (type/amount by room)? Unknown

Subrogation (Y/N and why/why not):N
If yes, subrogation opened on file:
If no, why was subrogation not opened: N weather related.
If product/part is involved, age, make/model/SN/retain all products/parts: N/A
Evidence obtained (Y/N) N
Evidence location:

**FIOT Results:**
**Inspection Options:**
FIOT Results:

Date: 01-09-2025                                                   Page 53

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

88F-000074

**FIRE**                        **Claim Number: 06-43R6-88F**                        **RBZ000I5**

---

1. Document Upload,- Decline
2. ACH Assignment-Accepted

12-29-2022 - 8:19 PM CST            **Performer:** Gutierrez, Adriana            **Office:** FIREILR
   **File Note:** ILR Fire Contact
   **Participant:**                                    **COL / Line (Participant):**
   **Category:** Contact - Inbound Call               **Sub Category:**
Water mitigation word tracks were not read due to the water damage being on the exterior of the home. The deductible was not read. NI shut the water and has no running water.

---

**File History - File Note System Generated**

10-18-2024 - 7:50 AM CDT            **Performer:** Manigault, Tamar            **Office:** SYSTEM
   **System Generated File Note:** FC0000067 - FREE FORM - GENERAL
   **Participant:**                                    **COL / Line (Participant):**
   **Category:** Correspondence
FREE FORM - GENERAL were e-mailed by Tamar Manigault on 10/18/2024

10-18-2024 - 7:25 AM CDT            **Performer:** CCPCLM            **Office:** CORPSYS
   **System Generated File Note:** FIRE_PAYMENT_MADE_TEXT
   **Participant:** VENUS D WRIGLEY                    **COL / Line (Participant):** VENUS D WRIGLEY
   **Category:** Correspondence
Text message: "State Farm: Hi Venus. We made a payment on your claim 06-43R6-88F and it can be viewed on our mobile app here: https:// st8.farm/dMkYxtIQ7A or online here: https://st8.farm/1mIxxL0YLS" was automatically sent to 720-272-5777.

10-18-2024 - 7:25 AM CDT            **Performer:** CCPCLM            **Office:** CORPSYS
   **System Generated File Note:** FIRE_PAYMENT_MADE_EMAIL
   **Participant:** VENUS D WRIGLEY                    **COL / Line (Participant):** VENUS D WRIGLEY
   **Category:** Correspondence
FIRE_PAYMENT_MADE_EMAIL was automatically emailed to WRIGLEYVENUS@YAHOO.COM.

10-16-2024 - 6:25 AM CDT            **Performer:** Manigault, Tamar            **Office:** FIREPROP
   **System Generated File Note:** MAX Settlement
   **Participant:** VENUS D WRIGLEY                    **COL / Line (Participant):** VENUS D WRIGLEY
   **Category:** Claim Note
Payment submitted from MAX Settlement

M&T BANK ITS SUCCESSORS AND/OR ASSIGNS included
$7,500 threshold has been met - System verified
Lenders loss payable endorsement, dollar one, and Assurant CDE do not apply

10-16-2024 - 6:25 AM CDT            **Performer:** Manigault, Tamar            **Office:** FIREPROP
   **System Generated File Note:** MAX Settlement
   **Participant:** M&T BANK ITS SUCCESSORS AND/OR     **COL / Line (Participant):** M&T BANK ITS SUCCESSORS
                  ASSIGNS                                                          AND/OR ASSIGNS
   **Category:** Claim Note
Payment submitted from MAX Settlement

M&T BANK ITS SUCCESSORS AND/OR ASSIGNS included
$7,500 threshold has been met - System verified
Lenders loss payable endorsement, dollar one, and Assurant CDE do not apply

10-15-2024 - 3:18 PM CDT            **Performer:** Manigault, Tamar            **Office:** FIREPROP
   **System Generated File Note:** ON_DEMAND_CONTACT_ATTEMPT_ENGLISH_FIRE_TEXT
   **Participant:** VENUS D WRIGLEY                    **COL / Line (Participant):** VENUS D WRIGLEY
   **Category:** Correspondence

---

Date: 01-09-2025                                                                            Page 54

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

88F-000075