*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm**®

January 12, 2023

VENUS D WRIGLEY
3151 W 65TH AVE
DENVER, CO 80221-2103

State Farm Insurance Companies
Fire Claims
PO BOX 106169
Atlanta, GA 30348-6169
Fax 844 236 3646

RE:  Claim Number:       06-43R6-88F
     Policy Number:      06-ER-U821-9
     Location of
       Insured Property:  3151 W 65TH AVE, DENVER, CO 80221-2103
     Type of Policy:     Homeowners Policy HW-2106
     Date of Loss:       December 26, 2022

Dear Venus D Wrigley:

Thank you for meeting with me on January 7, 2023, when we discussed the damage to your property.

We are still investigating the evaluation of your loss for damages that are covered under your Homeowners Policy.

Based upon the results of our discussions, site inspection, and investigation, it was determined that the cracking observed to the interior walls of your dwelling is the result of settling and or earth movement.

Damage resulting from these causes of loss is not covered by your policy.  Please refer to the following policy provisions:

**SECTION I – LOSSES INSURED**

**COVERAGE A – DWELLING**

*We* will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and *we* will not pay for, any *diminution in value*.

**SECTION I – LOSSES NOT INSURED**

1.  *We* will not pay for any loss to the property described in Coverage A that consists of, or is directly and immediately caused by, one or more of the perils listed in items a. through m.

88F-000584

06-43R6-88F
Page 2
January 12, 2023

below, regardless of whether the loss occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

k.   settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations (including slabs, basement walls, crawl space walls, and footings), walls, floors, roofs, or ceilings;

However, *we* will pay for any resulting loss from items a. through l. unless the resulting loss is itself a Loss Not Insured as described in this Section.

2.   *We* will not pay for, under any part of this policy, any loss that would not have occurred in the absence of one or more of the following excluded events.   *We* will not pay for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the ***residence premises***, arises from any natural or external forces, or occurs as a result of any combination of these:

b.   **Earth Movement**, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth.   Earth movement includes but is not limited to:

(1) earthquake;

(2) landslide, mudslide, or mudflow;

(3) sinkhole or subsidence;

(4) movement resulting from:

(a) improper compaction;

(b) site selection;

(c) natural resource extraction activities; or

(d) excavation;

(5) erosion;

(6) pressure by surface or subsurface earth or fill; or

(7) any volcanic activity, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Volcanic Action**.

However, *we* will pay for any accidental direct physical loss by fire resulting from earth movement, provided the resulting fire loss is itself a ***loss insured***.

## SECTION I – CONDITIONS

6.   **Suit Against Us.**  No action will be brought against *us* unless there has been full compliance with all of the policy provisions.  Any action by any party must be started within a period of time allowed by the applicable statute of limitations provided by Colorado law.

This Company does not intend, by this letter, to waive any policy defenses in addition to those stated above, and reserves its right to assert such additional policy defenses at any time.

88F-000585

06-43R6-88F
Page 3
January 12, 2023


If you have any additional information regarding your claim which has not been previously considered, or if you desire any additional explanation regarding this matter, please contact me at (866) 787-8676 ext. 8911.

Sincerely,

Jared Yowell
External Claim Resource-Eberls
(866) 787-8676 ext. 8911
Statefarmfireclaims@statefarm.com

---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update communication and claim payment preferences, and many other insurance services.

88F-000586