**From:**"Venus Wrigley" <wrigleyvenus@yahoo.com>
**Sent:**Thu, 2 Mar 2023 23:20:09 +0000 (UTC)
**To:**"State Farm" <statefarmfireclaims@statefarm.com>
**Subject:**[EXTERNAL] Fw: 06-43R6-88F

Hello,

Please find the water damage assessment report for the crawlspace included in the body of this email. Thank you for your time and help.



----- Forwarded Message -----
**From:** "Venus Wrigley" <wrigleyvenus@yahoo.com>
**To:** "State Farm" <statefarmfireclaims@statefarm.com>
**Sent:** Wed, Feb 8, 2023 at 5:13 PM
**Subject:** Fw: 06-43R6-88F

Hello Jared,

Please find my laundromat card attached in the body of this email and I have the laundry wash&dry expense at $135.00 from December 24, 2022 through February 8, 2023.



Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Venus Wrigley" <wrigleyvenus@yahoo.com>
**To:** "State Farm" <statefarmfireclaims@statefarm.com>
**Sent:** Wed, Feb 8, 2023 at 9:18 AM
**Subject:** Fw: 06-43R6-88F
Hello Jared,

I see what you described when we spoke last. Everytime i email you with this claim number it sends previous documents. I dont know how to prevent that. I cant keep creating a new email because then i will have too many emails to revert back to each time. This way all of our communication is on the same thread. I apologize. I hope all is well.

88F-001247

# CRAWLSPACE INVESTIGATION REPORT

On Tuesday February 7th, 2023

We have conducted an analysis of the crawlspace under the house at the above property address.

**We found multiple structural concerns:**

1. The concrete foundation has become brittle in multiple areas - likely due to being submerged in water which both loosened the grouting around the cinder block foundation and has made the foundation brittle in multiple areas - these areas correlate with the locations of cracks forming on the finished drywall in the interior
2. A multitude of joist areas and wood support mechanism were drenched in water and require engineer calculations

- We COULD NOT properly observe areas on the foyer/living room as the crawlspace is sectioned off by the existing "Base Flood" support - the Base Flood itself is also effected by the water flood.

It is our recommendation that a diagnostics-specialized structural engineer conduct a full structural analysis and provide plans for the corrections, in addition to plans for opening up the Base Flood to observe the foundation under the foyer/living room spaces

Prior to any engineer plans being drawn up and any calcs made by a structural engineer, it is our assumption that the cost of the work and materials will amount to approximately $80,000-$100,000

Until provision of such an engineer plan and report we are unable to provide a detailed scope of work and hard costs at this time

Tal Pasko
And the A2Z Builders Team

_____

For Any Further Questions:

Tal - 720 443 8400
Tal@a2zbuilders.com

88F-001258