*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm**®

March 13, 2023

VENUS D WRIGLEY
PO Box 140005
DENVER, CO 80214-0005

State Farm Insurance Companies
Fire Claims
PO BOX 106169
Atlanta, GA  30348-6169
Fax 844 236 3646

RE:  Claim Number:      06-43R6-88F
     Policy Number:     06-ER-U821-9
     Location of
      Insured Property:  3151 W 65TH AVE, DENVER, CO 80221-2103

Dear Venus D Wrigley:

There is a question as to whether this Company is obligated under the policy for a loss which is alleged to have occurred on or about December 24, 2022 at 3151 W 65TH Ave Denver, CO 80221-2103 because:

- If the settling to the foundation is due to the water damage that occurred due to the frozen pipe.
- If the concrete foundation became brittle or compromised due to the water damage that occurred due to the frozen pipe.
- If the drywall cracks on the interior of the home are due to settling or due to the water damage from the froze pipe.
- If the joists and/or framing was compromised due to water damage.

### SECTION I – LOSSES INSURED

### COVERAGE A – DWELLING

*We* will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and *we* will not pay for, any *diminution in value*.

### SECTION I – LOSSES NOT INSURED

1.  *We* will not pay for any loss to the property described in Coverage A that consists of, or is directly and immediately caused by, one or more of the perils listed in items a. through m.

88F-000736

06-43R6-88F
Page 2
March 13, 2023

below, regardless of whether the loss occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

k. settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations (including slabs, basement walls, crawl space walls, and footings), walls, floors, roofs, or ceilings;

2. **We** will not pay for, under any part of this policy, any loss that would not have occurred in the absence of one or more of the following excluded events. **We** will not pay for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the **residence premises**, arises from any natural or external forces, or occurs as a result of any combination of these:

b. **Earth Movement**, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

(1) earthquake;

(2) landslide, mudslide, or mudflow;

(3) sinkhole or subsidence;

(4) movement resulting from:

(a) improper compaction;

(b) site selection;

(c) natural resource extraction activities; or

(d) excavation;

(5) erosion;

(6) pressure by surface or subsurface earth or fill; or

(7) any volcanic activity, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Volcanic Action**.

However, **we** will pay for any accidental direct physical loss by fire resulting from earth movement, provided the resulting fire loss is itself a **loss insured**.

## SECTION I – CONDITIONS

2. **Your Duties After Loss.** After a loss to which this insurance may apply, **you** must cooperate with **us** in the investigation of the claim and also see that the following duties are performed:

a. give immediate notice to **us** or **our** agent and also notify:

(1) the police if the loss is caused by theft, vandalism, or any other criminal act; and

(2) the credit card company or bank if the loss involves a credit card or bank fund transfer card;

b. protect the property from further damage or loss and also:

88F-000737

06-43R6-88F
Page 3
March 13, 2023

    (1) make reasonable and necessary temporary repairs required to protect the property; and

    (2) keep an accurate record of repair expenses;

c. prepare an inventory of damaged or stolen personal property:

    (1) showing in detail the quantity, description, age, replacement cost, and amount of loss; and

    (2) attaching all bills, receipts, and related documents that substantiate the figures in the inventory;

d. as often as *we* reasonably require:

    (1) exhibit the damaged property;

    (2) provide *us* with any requested records and documents and allow *us* to make copies;

    (3) while not in the presence of any other *insured*:

        (a) give statements; and

        (b) submit to examinations under oath; and

    (4) produce employees, members of the *insured's* household, or others for examination under oath to the extent it is within the *insured's* power to do so; and

e. submit to *us*, within 60 days after the loss, *your* signed, sworn proof of loss that sets forth, to the best of *your* knowledge and belief:

    (1) the time and cause of loss;

    (2) interest of the *insured* and all others in the property involved and all encumbrances on the property;

    (3) other insurance that may cover the loss;

    (4) changes in title or occupancy of the property during the term of this policy;

    (5) specifications of any damaged structure and detailed estimates for repair of the damage;

    (6) an inventory of damaged or stolen personal property described in 2.c. However, the time period for submitting an inventory may be extended up to 365 days by Colorado law;

    (7) receipts for additional living expenses incurred and records supporting the fair rental value loss; and

    (8) evidence or affidavit supporting a claim under **SECTION I – ADDITIONAL COVERAGES**, **Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money** coverage, stating the amount and cause of loss.

6. **Suit Against Us.** No action will be brought against *us* unless there has been full compliance with all of the policy provisions. Any action by any party must be started within a period of time allowed by the applicable statute of limitations provided by Colorado law.

For these reason and for other reasons which may become known, you are hereby notified any action taken by State Farm Fire and Casualty Company or its authorized representatives to investigate the cause of loss or determine the amount of loss or damage shall not waive the

88F-000738

06-43R6-88F
Page 4
March 13, 2023

rights of this Company nor shall such action waive any of your rights under the policy.  If we do not hear from you to the contrary, we will assume it is acceptable for us to continue handling the case on these terms.

The Company does not intend by this letter, to waive any policy defenses in addition to those stated above but specifically reserves its right to assert such additional policy defenses at any time. If you have any additional questions concerning your claim, please contact Jared Yowell at 1-866-787-8676 ext. 8911.

Sincerely,


Fred Long
Associate Vendor Manager - Eberl
(309) 994-9504
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (866) 787-8676 ext. 8911 to discuss sensitive information.*

State Farm Fire and Casualty Company


cc:     Agent Marinelly Toro-Mejia via email


---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update communication and claim payment preferences, and many other insurance services.

88F-000739