

5565 Glenridge Connector, Suite 900
Atlanta, Georgia 30342

TOLL-FREE **888.782.3473**
**envistaforensics.com**

# REPORT OF FINDINGS

## VENUS D WRIGLEY

**State Farm Insurance Company Claim No: 06-43R6-88F**
**Envista Matter No: MAT-152336-G8Q2**
**REPORT DATE: April 11, 2023**

This electronic version of the report is a convenience copy and as such, an original signed and sealed copy is available to our client.

Prepared For:
Mr. Jared Yowell
State Farm Insurance Company
1 State Farm Plaza
Bloomington, Illinois 61710-0001
statefarmfireclaims@statefarm.com

CERTAINTY IN AN UNCERTAIN WORLD

Envista Forensics, LLC | TX Firm Registration # F-19410 | NC Firm Registration # C-2837 | FL Registry #32428

88F-001613



## BACKGROUND

On April 3, 2023, Tristan Burm, P.E. of Envista Forensics (Envista), inspected the property of Venus D Wrigley, located at 3151 West 65th Avenue in Denver, Colorado (the residence). The residence consisted of a wood-framed, one-story structure supported by Concrete Masonry Unit (CMU) walls within which a crawlspace was enclosed. The interior floor framing supports included poured-in-place concrete columns, metal screw jacks, and wood cripple wall framing. The exterior walls of the residence were clad with composite siding, and the gable-type roof was covered with laminate-style asphalt composition shingles. The interior walls and ceilings were covered with gypsum board (drywall). According to the Adams County, Colorado Property Assessor's office, the residence was constructed in 1949. For the purposes of discussion within this report, the front of the residence was considered to face south. A front entry view of the residence is provided in Figure 1.



**Figure 1:** Front entry view of the residence (Envista photograph dated 4/03/2023).

Reportedly, during cold temperatures on or about December 25, 2022, water pipes feeding the exterior hose bibb froze, resulting in flooding and subsequent foundation damage to the property.

## PURPOSE

State Farm Insurance Company retained Envista to determine if foundation settlement and interior finish cracking occurred as a result of flooding from the frozen pipe.



## CONCLUSIONS

1. Non-uniform movement of the soils was long-term and attributable to fluctuations in the soil moisture content from variations in rainfall.
2. The non-uniform movement of the soils was exacerbated by the excessive water exposure following the frozen pipe event.
3. The drywall cracks and separations throughout the residence's interior were consistent with ongoing non-uniform movement of soils underlying the foundation, and subsequent differential foundation movement due to interior moisture exposure from the pipe freeze event.

## DOCUMENTS REVIEWED

The following documents and materials were reviewed and/or referenced as part of Envista's investigation and/or contain information pertinent to the discussion and conclusions presented herein:

1. United States Department of Agriculture (USDA), National Resources Conservation Service (NRCS), Web Soil Survey (WSS), URL: http://websoilsurvey.sc.egov.usda.gov/App/WebSoilSurvey.aspx
2. National Oceanic and Atmospheric Administration (NOAA), National Weather Service (NWS), Local Storm Reports (LSR), URL: http://www.weather.gov
3. International Code Council (ICC), International Residential Code for One and Two-Family Dwellings, 2018 Edition (IRC).
4. CONNECTExplorer aerial imagery, URL: https://explorer.pictometry.com/login.php.
5. Minimum Design Loads and Associated Criteria for Buildings and Other Structures: ASCE/SEI 7-16, American Society of Civil Engineers (ASCE), 2017.
6. Adams County, Colorado Property Assessors office, URL: https://gisapp.adcogov.org/QuickSearch/doreport.aspx?pid=0182505318013
7. Crawlspace Investigation Report, Tal Pasko and the A2Z Builders team, February 07, 2023.

## PROVIDED INFORMATION

Present during Envista's inspection was the homeowner Venus D Wrigley, who reported the following information:

- She purchased the residence about one year prior.
- The pipe freeze occurred on the east side of the residence inside an exterior wall that supplied water to the hose bibb.
- The water from the pipe freeze accumulated in the water heater closet, on the subfloor in the kitchen area, and within the crawlspace.
- The residence was unoccupied at the time of the pipe freeze event.
- Water remained in the crawlspace for three to four weeks.
- Interior wall cracking appeared in wall finishes around doors and windows after the pipe freeze event.
- Deadbolts for exterior doors are not locking.
- Interior doors are not latching.

## FLOOR ELEVATION SURVEY

As part of Envista's inspection, a floor elevation survey was performed using a digital fluid-column instrument of which spot elevations were recorded. The data obtained represent spot elevations, which



were taken at specific locations within the structure relative to a datum elevation located near the east side entry door. The floor elevation survey was completed on top of the floor surface, which is generally representative of the foundation beneath. The elevations have been adjusted for changes in floor types (e.g., tile vs. carpet).

A floor surface that is not level (or flat) due to construction inaccuracies should not be mistakenly interpreted as being the result of foundation movement. Rarely is a floor constructed completely level and flat. A certain degree of differential in floor surface elevation is anticipated. The variations in the elevation of the wood-framed floor were evaluated based on the construction tolerances accepted by the residential construction industry as published by the National Association of Home Builders (N.A.H.B.). The accepted construction tolerance of the wood subfloor is a ½-inch over 20 feet, and with no more than a ¼-inch ridge or depression within any 32-inch measurement.

The high point of the floor was located in the northeast corner of the kitchen, with a relative elevation of 1.7 inches above the datum. The low point of the floor was at the southeast corner of the living room with a relative elevation of -2.0 inches below the datum. The elevation difference between the high and low points was 3.7 inches over a horizontal distance of approximately 25 feet (Attachment B, Floor Elevation Survey).

## SOIL DATA

According to the United States Department of Agriculture's Natural Resources Conservation Service publication for Adams and Denver Counties, Colorado, the site soils are rated in the area of the residence as 'Very Limited' for residential structures due to shrink-swell potential. The USDA indicates that a soil rating of "Very Limited" indicates that the soil has one or more features that are unfavorable for the specified use. The limitations generally cannot be overcome without significant soil reclamation, special design, or expensive installation procedures. Poor performance and high maintenance can be expected. These limitations affect the capacity of the soil to support gravity loads without vertical movement. It should be noted that the available soil data provided by the USDA is for dominant site soils and is not intended to supersede a site-specific soil investigation (Attachment C, USDA Soil Data).

## WEATHER DATA

According to National Weather Service for the Denver, CO, Weather Station, precipitation data was available for an approximately 22-year period from Jan 2000 to March 2023. A review of the data revealed that the average mean-annual precipitation recorded from January through December between 2000 and 2023 was 16.18 inches. In 2022, in the 12 months prior, from January through December, 14.14 inches were recorded. The rainfall recorded in 2022 was 2.04 inches less than the annual mean for the previous 23 years. According to the National Weather Service station map, the Denver station was located approximately 5 miles southwest of the property. Note that precipitation in the vicinity of the property may not have been of the magnitude and timing as to this specific location. Copies of the obtained reports for the discussion above are included in Attachment D, Weather Data.

## DISCUSSION

Access to the CMU foundation walls during Envista's site visit was limited due to the low height of the floor framing relative to the soil in the crawlspace.  The accessible CMU foundation block wall visible in the crawlspace had visible surface efflorescence. However, there was no obvious indications of

88F-001616



deterioration of the CMU foundation wall. Distress in the crawlspace foundation was observed near the center of the north side CMU wall, with a step crack along mortar joints, and at the northeast end of the CMU wall, where a loose CMU block was observed with cracking along mortar joints. Wood cripple walls supported by an unknown footing system had evidence of previous repairs, with sistered framing and replaced elements. The accessible floor joists had no watermark stains, felt firm when force was applied to the framing members, and did not collapse or show indentations when probed. Distress to finishes inside the residence included widespread and relatively frequent wall cracks around the doors and windows.

The floor elevation survey performed by Envista revealed that the low point of the floor surface in the residence was located on the south side of the living room and guest bedroom. The high point of the floor surface was located on the north side of the kitchen adjacent to the frozen pipe location. Plumbing leaks can lead to localized areas of heaving that can affect building foundations where site soils have high clay content. Soil heaving can result in the vertical displacement of the foundation, resulting in cracks in building finishes from the consequential movement of the structure.

In review of available soils information for the region including the residence, revealed that the general soil type included clayey soils that have a high potential for shrink-swell. Shrink-swell clayey soils are soils that increase in volume or swell when water is introduced, and lose volume or shrink as they dry when water content is reduced. The review of the weather data revealed that in 2022, the region surrounding the residence received historically average precipitation, meaning that the site soils in the vicinity were relatively stabilized, and were likely in a normal state (i.e., not significantly shrunken or swollen).

The homeowner stated that finishes throughout the interior of the residence were painted approximately one year prior to Envista's site inspection. They further noted that the observed distress began to appear days after the pipe freeze event. Cracks visible in interior finishes had sharp edges and clear color differentials, which was consistent with having recently occurred. This was further supported by the verbal report from the homeowner. Based on Envista's experience, plumbing leaks that release water into areas with shrink-swell soils can cause the soils to swell and lift overlying structures. A review of the floor elevation survey showed a corresponding rise in the floor surface near the area of the pipe freeze and subsequent water loss location. *Available information related to site soil conditions, and the homeowner's report of the timing of the appearance of distress to interior finishes support Envista's conclusions that:*

1. *Non-uniform movement of the soils was long-term and attributable to fluctuations in the soil moisture content from variations in rainfall.*
2. *The non-uniform movement of the soils was exacerbated by the excessive water exposure following the frozen pipe event.*
3. *The drywall cracks and separations throughout the residence's interior were consistent with ongoing non-uniform movement of soils underlying the foundation, and subsequent differential foundation movement due to interior moisture exposure from the pipe freeze event.*

## CLOSURE

This report is for the exclusive use of Envista's client and is not intended for any other purpose. All opinions expressed by the undersigned within this report are formulated to a reasonable degree of engineering certainty. This report is based on information made available to Envista at this time. Should additional information become available, Envista reserves the right to determine the impact, if any, of the new information on the opinions and conclusions herein and to revise the opinions and conclusions if necessary and warranted by the discovery of additional information.



Envista Forensics



MAT-152336-C8Q2_20230411

Tristan Burm, P.E.
Project Engineer

Technical Review by:
Matt Steiner, P.E., S.E. (California)
Principal Consultant

Attachment A, Photographs

Attachment B, Floor Elevation Survey

Attachment C, Weather Data

Attachment D, USDA Soil Data

88F-001618



Envista Matter No: MAT-152336-G8Q2
State Farm Insurance Company Claim No: 06-43R6-88F

# ATTACHMENT A

## Photographs

Photographs taken during our inspection, which have not been included in this report, have been retained in our files and will be made available to you upon your request. Note that the brightness and/or contrast of some photographs may have been enhanced for purposes of clarity. Some photographs may be cropped from their original sizes in order to emphasize a specific item or feature. No significant changes to any photographs were made that would alter factual representations.

88F-001619



Insured: Venus D Wrigley
Location: 3151 West 65th Avenue, Denver, Colorado

Envista Matter No: MAT-152336-G8Q2
State Farm Insurance Company Claim No: 06-43R6-88F

**Photograph 1.**



*View of Residence front entry.*

**Photograph 2.**



*View of Residence East side entry.*

88F-001620



Insured: Venus D Wrigley
Location: 3151 West 65th Avenue, Denver, Colorado

Envista Matter No: MAT-152336-G8Q2
State Farm Insurance Company Claim No: 06-43R6-88F

**Photograph 3.**



*View of Residence North side.*

**Photograph 4.**



*View of Residence West side.*

88F-001621



Insured: Venus D Wrigley                                    Envista Matter No: MAT-152336-G8Q2
Location: 3151 West 65th Avenue, Denver, Colorado          State Farm Insurance Company Claim No: 06-43R6-88F

**Photograph 5.**



*View of typical interior finish cracks around bottom of windows.*

**Photograph 6.**



*View of typical interior finish cracks around top of windows*

88F-001622



Insured: Venus D Wrigley
Location: 3151 West 65th Avenue, Denver, Colorado

Envista Matter No: MAT-152336-G8Q2
State Farm Insurance Company Claim No: 06-43R6-88F

**Photograph 7.**



*View of typical interior finish cracks around top of windows*

**Photograph 8.**



*View of step cracks at North side of crawlspace and contracted soils with wide cracks, note efflorescence.*

88F-001623



Insured: Venus D Wrigley                          Envista Matter No: MAT-152336-G8Q2
Location: 3151 West 65th Avenue, Denver, Colorado   State Farm Insurance Company Claim No: 06-43R6-88F

**Photograph 9.**



*View of joint cracks and CMU block displacement.*

**Photograph 10.**



*Closeup view of CMU block displacement.*

88F-001624



Insured: Venus D Wrigley
Location: 3151 West 65th Avenue, Denver, Colorado

Envista Matter No: MAT-152336-G8Q2
State Farm Insurance Company Claim No: 06-43R6-88F

**Photograph 11.**



*View of interior cripple wall.*

**Photograph 12.**



*View of the interior cripple wall at the center of the residence with different
color wood members.*

88F-001625



Insured: Venus D Wrigley
Location: 3151 West 65th Avenue, Denver, Colorado

Envista Matter No: MAT-152336-G8Q2
State Farm Insurance Company Claim No: 06-43R6-88F

**Photograph 13.**



*View of the interior cripple wall in the crawlspace.*

**Photograph 14.**



*View of crawlspace and typical floor framing.*

88F-001626



Insured: Venus D Wrigley                          Envista Matter No: MAT-152336-G8Q2
Location: 3151 West 65th Avenue, Denver, Colorado    State Farm Insurance Company Claim No: 06-43R6-88F

**Photograph 15.**



*View of the trees dated July 20, 2021*

**Photograph 16.**



*View of the trees dated May 05, 2022*

88F-001627



**Attachment B**

**Floor Elevation Survey**

88F-001628



**ENVISTA FORENSICS**

**VENUS D WRIGLEY RESIDENCE**
3151 WEST 65th AVENUE, DENVER, CO

Title: **Floor Plan with Elevation Contour Survey**

| Matter #: | Engineer: | Draftsman: | Scale: | Date: |
|---|---|---|---|---|
| MAT-152336-G8Q2 | TB | PM | N.T.S. | 04.04.2023 |

88F-001629



Envista Matter No: MAT-152336-G8Q2
State Farm Insurance Company Claim No: 06-43R6-88F

**Attachment C**

**Weather Data**

88F-001630

4/5/23, 3:42 PM                                                about:blank

### Monthly Total Precipitation for WHEAT RIDGE 2, CO

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|
| 2000 | 0.69 | 0.34 | 2.20 | 1.42 | 1.39 | 1.10 | 2.34 | 2.01 | 1.74 | 0.84 | 0.76 | 0.42 | 15.25 |
| 2001 | 0.91 | 1.01 | 1.31 | 2.09 | 4.09 | 0.64 | 2.85 | 1.20 | 0.93 | 0.19 | 1.03 | 0.29 | 16.54 |
| 2002 | 0.62 | 0.55 | 0.93 | 0.06 | 1.93 | 0.66 | 0.59 | 0.42 | 1.47 | 1.33 | 0.45 | 0.01 | 9.02 |
| 2003 | 0.06 | 1.17 | 4.84 | 2.27 | 2.24 | 1.16 | 0.64 | 2.59 | 0.33 | 0.15 | 0.30 | 0.41 | 16.16 |
| 2004 | 0.75 | 1.24 | 0.51 | 3.88 | 1.55 | 2.49 | 1.60 | 4.37 | 1.42 | 1.53 | 1.64 | 0.19 | 21.17 |
| 2005 | 0.99 | 0.13 | 1.02 | 3.14 | 0.99 | 2.44 | 1.12 | 1.98 | 0.72 | 2.34 | 0.41 | 0.43 | 15.71 |
| 2006 | 0.45 | 0.36 | 1.10 | 0.80 | 0.57 | 0.38 | 2.14 | 1.22 | 0.84 | 2.71 | 0.65 | 3.20 | 14.42 |
| 2007 | 1.16 | 0.55 | 1.82 | 2.81 | 4.56 | 0.50 | 1.20 | 2.08 | 0.74 | 1.43 | 0.34 | 1.60 | 18.79 |
| 2008 | 0.56 | 0.67 | 0.91 | 0.97 | 2.14 | 0.49 | 0.17 | 3.32 | 1.35 | 0.64 | 0.33 | 0.85 | 12.40 |
| 2009 | 0.86 | 0.22 | 1.52 | 4.34 | 3.94 | 4.80 | 2.66 | 0.57 | 0.69 | 2.59 | 1.18 | 0.85 | 24.22 |
| 2010 | 0.19 | 1.06 | 2.26 | M | M | M | M | M | M | M | M | M | M |
| 2011 | 0.63 | 1.17 | 0.33 | 1.48 | 5.13 | 1.39 | 4.80 | 0.22 | 1.26 | 1.52 | 0.59 | 1.38 | 19.90 |
| 2012 | 0.33 | 1.76 | 0.02 | 1.39 | 1.94 | 0.33 | 2.04 | 0.45 | 1.83 | 0.78 | 0.23 | 0.19 | 11.29 |
| 2013 | 0.23 | 0.94 | 1.35 | 2.03 | 2.13 | 0.52 | 4.88 | 1.53 | 7.65 | 1.02 | 0.13 | 0.42 | 22.83 |
| 2014 | 1.04 | 0.41 | 1.20 | 0.95 | 4.37 | 1.17 | 3.81 | 1.53 | 1.67 | 0.84 | 0.70 | 0.79 | 18.48 |
| 2015 | 0.39 | 2.43 | 0.50 | 3.16 | 6.20 | 4.26 | 1.90 | 0.38 | 0.20 | 1.78 | 2.29 | 0.80 | 24.29 |
| 2016 | 0.44 | 0.96 | 2.14 | 3.09 | 1.12 | 1.70 | 0.45 | 1.11 | 0.15 | 0.38 | 0.37 | 0.86 | 12.77 |
| 2017 | 0.85 | 0.13 | 0.57 | 2.26 | 4.13 | 0.43 | 1.10 | 1.29 | 1.58 | 1.81 | 0.32 | 0.21 | 14.68 |
| 2018 | 0.47 | 0.83 | 1.60 | 1.00 | 2.48 | 1.18 | 1.10 | 0.27 | 2.30 | 1.05 | 0.39 | 0.01 | 12.68 |
| 2019 | 1.36 | 0.61 | 1.69 | 0.81 | 2.16 | 1.18 | 2.22 | 0.32 | 0.37 | 1.61 | 1.68 | 0.31 | 14.32 |
| 2020 | 0.06 | 1.15 | 1.61 | 1.22 | 1.73 | 1.92 | 1.12 | 0.10 | 0.66 | 0.30 | 0.89 | 0.43 | 11.19 |
| 2021 | 0.22 | 0.77 | 2.78 | 2.23 | 4.84 | 2.29 | 1.14 | 0.68 | 0.51 | 0.17 | 0.07 | 0.08 | 15.78 |
| 2022 | 1.06 | 1.27 | 1.43 | 0.24 | 2.10 | 1.50 | 2.16 | 0.90 | 0.70 | 0.58 | 0.65 | 1.55 | 14.14 |
| 2023 | 0.54 | 0.37 | 0.59 | M | M | M | M | M | M | M | M | M | M |
| Mean | 0.62 | 0.84 | 1.43 | 1.89 | 2.81 | 1.48 | 1.91 | 1.30 | 1.32 | 1.16 | 0.70 | 0.69 | 16.18 |
| Max | 1.36 2019 | 2.43 2015 | 4.84 2003 | 4.34 2009 | 6.20 2015 | 4.80 2009 | 4.88 2013 | 4.37 2004 | 7.65 2013 | 2.71 2006 | 2.29 2015 | 3.20 2006 | 24.29 2015 |
| Min | 0.06 2020 | 0.13 2005 | 0.02 2012 | 0.06 2002 | 0.57 2006 | 0.33 2012 | 0.17 2008 | 0.10 2020 | 0.15 2016 | 0.15 2003 | 0.07 2021 | 0.01 2018 | 9.02 2002 |

about:blank                                                                                    1/1

88F-001631



Envista Matter No: MAT-152336-G8Q2
State Farm Insurance Company Claim No: 06-43R6-88F

**Attachment D**

**USDA Soil Data**

88F-001632



**USDA** United States Department of Agriculture

**NRCS**

Natural Resources Conservation Service

A product of the National Cooperative Soil Survey, a joint effort of the United States Department of Agriculture and other Federal agencies, State agencies including the Agricultural Experiment Stations, and local participants

# Custom Soil Resource Report for Adams County Area, Parts of Adams and Denver Counties, Colorado



April 4, 2023

88F-001633

# Preface

Soil surveys contain information that affects land use planning in survey areas. They highlight soil limitations that affect various land uses and provide information about the properties of the soils in the survey areas. Soil surveys are designed for many different users, including farmers, ranchers, foresters, agronomists, urban planners, community officials, engineers, developers, builders, and home buyers. Also, conservationists, teachers, students, and specialists in recreation, waste disposal, and pollution control can use the surveys to help them understand, protect, or enhance the environment.

Various land use regulations of Federal, State, and local governments may impose special restrictions on land use or land treatment. Soil surveys identify soil properties that are used in making various land use or land treatment decisions. The information is intended to help the land users identify and reduce the effects of soil limitations on various land uses. The landowner or user is responsible for identifying and complying with existing laws and regulations.

Although soil survey information can be used for general farm, local, and wider area planning, onsite investigation is needed to supplement this information in some cases. Examples include soil quality assessments (http://www.nrcs.usda.gov/wps/portal/nrcs/main/soils/health/) and certain conservation and engineering applications. For more detailed information, contact your local USDA Service Center (https://offices.sc.egov.usda.gov/locator/app?agency=nrcs) or your NRCS State Soil Scientist (http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/contactus/?cid=nrcs142p2_053951).

Great differences in soil properties can occur within short distances. Some soils are seasonally wet or subject to flooding. Some are too unstable to be used as a foundation for buildings or roads. Clayey or wet soils are poorly suited to use as septic tank absorption fields. A high water table makes a soil poorly suited to basements or underground installations.

The National Cooperative Soil Survey is a joint effort of the United States Department of Agriculture and other Federal agencies, State agencies including the Agricultural Experiment Stations, and local agencies. The Natural Resources Conservation Service (NRCS) has leadership for the Federal part of the National Cooperative Soil Survey.

Information about soils is updated periodically. Updated information is available through the NRCS Web Soil Survey, the site for official soil survey information.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require

2

88F-001634

alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

3

88F-001635

# Contents

Preface...................................................................................................................2
How Soil Surveys Are Made.................................................................................5
Soil Map................................................................................................................ 8
  Soil Map.............................................................................................................9
  Legend.............................................................................................................10
  Map Unit Legend............................................................................................. 12
  Map Unit Descriptions..................................................................................... 12
    Adams County Area, Parts of Adams and Denver Counties, Colorado..........14
      HID—Heldt clay, 3 to 9 percent slopes.......................................................14
Soil Information for All Uses................................................................................16
  Suitabilities and Limitations for Use..................................................................16
    Building Site Development.............................................................................16
      Dwellings Without Basements.....................................................................16
  Soil Properties and Qualities........................................................................... 22
    Soil Physical Properties................................................................................ 22
      Plasticity Index.............................................................................................. 22
References...........................................................................................................27

88F-001636

# How Soil Surveys Are Made

Soil surveys are made to provide information about the soils and miscellaneous areas in a specific area. They include a description of the soils and miscellaneous areas and their location on the landscape and tables that show soil properties and limitations affecting various uses. Soil scientists observed the steepness, length, and shape of the slopes; the general pattern of drainage; the kinds of crops and native plants; and the kinds of bedrock. They observed and described many soil profiles. A soil profile is the sequence of natural layers, or horizons, in a soil. The profile extends from the surface down into the unconsolidated material in which the soil formed or from the surface down to bedrock. The unconsolidated material is devoid of roots and other living organisms and has not been changed by other biological activity.

Currently, soils are mapped according to the boundaries of major land resource areas (MLRAs). MLRAs are geographically associated land resource units that share common characteristics related to physiography, geology, climate, water resources, soils, biological resources, and land uses (USDA, 2006). Soil survey areas typically consist of parts of one or more MLRA.

The soils and miscellaneous areas in a survey area occur in an orderly pattern that is related to the geology, landforms, relief, climate, and natural vegetation of the area. Each kind of soil and miscellaneous area is associated with a particular kind of landform or with a segment of the landform. By observing the soils and miscellaneous areas in the survey area and relating their position to specific segments of the landform, a soil scientist develops a concept, or model, of how they were formed. Thus, during mapping, this model enables the soil scientist to predict with a considerable degree of accuracy the kind of soil or miscellaneous area at a specific location on the landscape.

Commonly, individual soils on the landscape merge into one another as their characteristics gradually change. To construct an accurate soil map, however, soil scientists must determine the boundaries between the soils. They can observe only a limited number of soil profiles. Nevertheless, these observations, supplemented by an understanding of the soil-vegetation-landscape relationship, are sufficient to verify predictions of the kinds of soil in an area and to determine the boundaries.

Soil scientists recorded the characteristics of the soil profiles that they studied. They noted soil color, texture, size and shape of soil aggregates, kind and amount of rock fragments, distribution of plant roots, reaction, and other features that enable them to identify soils. After describing the soils in the survey area and determining their properties, the soil scientists assigned the soils to taxonomic classes (units). Taxonomic classes are concepts. Each taxonomic class has a set of soil characteristics with precisely defined limits. The classes are used as a basis for comparison to classify soils systematically. Soil taxonomy, the system of taxonomic classification used in the United States, is based mainly on the kind and character of soil properties and the arrangement of horizons within the profile. After the soil

88F-001637

scientists classified and named the soils in the survey area, they compared the individual soils with similar soils in the same taxonomic class in other areas so that they could confirm data and assemble additional data based on experience and research.

The objective of soil mapping is not to delineate pure map unit components; the objective is to separate the landscape into landforms or landform segments that have similar use and management requirements. Each map unit is defined by a unique combination of soil components and/or miscellaneous areas in predictable proportions. Some components may be highly contrasting to the other components of the map unit. The presence of minor components in a map unit in no way diminishes the usefulness or accuracy of the data. The delineation of such landforms and landform segments on the map provides sufficient information for the development of resource plans. If intensive use of small areas is planned, onsite investigation is needed to define and locate the soils and miscellaneous areas.

Soil scientists make many field observations in the process of producing a soil map. The frequency of observation is dependent upon several factors, including scale of mapping, intensity of mapping, design of map units, complexity of the landscape, and experience of the soil scientist. Observations are made to test and refine the soil-landscape model and predictions and to verify the classification of the soils at specific locations. Once the soil-landscape model is refined, a significantly smaller number of measurements of individual soil properties are made and recorded. These measurements may include field measurements, such as those for color, depth to bedrock, and texture, and laboratory measurements, such as those for content of sand, silt, clay, salt, and other components. Properties of each soil typically vary from one point to another across the landscape.

Observations for map unit components are aggregated to develop ranges of characteristics for the components. The aggregated values are presented. Direct measurements do not exist for every property presented for every map unit component. Values for some properties are estimated from combinations of other properties.

While a soil survey is in progress, samples of some of the soils in the area generally are collected for laboratory analyses and for engineering tests. Soil scientists interpret the data from these analyses and tests as well as the field-observed characteristics and the soil properties to determine the expected behavior of the soils under different uses. Interpretations for all of the soils are field tested through observation of the soils in different uses and under different levels of management. Some interpretations are modified to fit local conditions, and some new interpretations are developed to meet local needs. Data are assembled from other sources, such as research information, production records, and field experience of specialists. For example, data on crop yields under defined levels of management are assembled from farm records and from field or plot experiments on the same kinds of soil.

Predictions about soil behavior are based not only on soil properties but also on such variables as climate and biological activity. Soil conditions are predictable over long periods of time, but they are not predictable from year to year. For example, soil scientists can predict with a fairly high degree of accuracy that a given soil will have a high water table within certain depths in most years, but they cannot predict that a high water table will always be at a specific level in the soil on a specific date.

After soil scientists located and identified the significant natural bodies of soil in the survey area, they drew the boundaries of these bodies on aerial photographs and

88F-001638

Custom Soil Resource Report

identified each as a specific map unit. Aerial photographs show trees, buildings, fields, roads, and rivers, all of which help in locating boundaries accurately.

88F-001639

# Soil Map

The soil map section includes the soil map for the defined area of interest, a list of soil map units on the map and extent of each map unit, and cartographic symbols displayed on the map. Also presented are various metadata about data used to produce the map, and a description of each soil map unit.

88F-001640



Case No. 1:25-cv-00346-NYW-KAS   Document 36-6   filed 03/03/26   USDC Colorado
pg 29 of 48

88F-001641

## MAP LEGEND

**Area of Interest (AOI)**

☐ Area of Interest (AOI)

**Soils**

☐ Soil Map Unit Polygons

〜 Soil Map Unit Lines

■ Soil Map Unit Points

**Special Point Features**

◎ Blowout

⊠ Borrow Pit

✳ Clay Spot

◇ Closed Depression

✂ Gravel Pit

∴ Gravelly Spot

◉ Landfill

Λ Lava Flow

⚓ Marsh or swamp

⚒ Mine or Quarry

◉ Miscellaneous Water

○ Perennial Water

✓ Rock Outcrop

+ Saline Spot

⁙ Sandy Spot

⊜ Severely Eroded Spot

◇ Sinkhole

⊅ Slide or Slip

⌀ Sodic Spot

▤ Spoil Area

◊ Stony Spot

⊗ Very Stony Spot

♀ Wet Spot

△ Other

▬ Special Line Features

**Water Features**

〜 Streams and Canals

**Transportation**

+++ Rails

〜 Interstate Highways

〜 US Routes

〜 Major Roads

〜 Local Roads

**Background**

▨ Aerial Photography

## MAP INFORMATION

The soil surveys that comprise your AOI were mapped at 1:20,000.

Warning: Soil Map may not be valid at this scale.

Enlargement of maps beyond the scale of mapping can cause misunderstanding of the detail of mapping and accuracy of soil line placement. The maps do not show the small areas of contrasting soils that could have been shown at a more detailed scale.

Please rely on the bar scale on each map sheet for map measurements.

Source of Map:    Natural Resources Conservation Service
Web Soil Survey URL:
Coordinate System:    Web Mercator (EPSG:3857)

Maps from the Web Soil Survey are based on the Web Mercator projection, which preserves direction and shape but distorts distance and area. A projection that preserves area, such as the Albers equal-area conic projection, should be used if more accurate calculations of distance or area are required.

This product is generated from the USDA-NRCS certified data as of the version date(s) listed below.

Soil Survey Area:    Adams County Area, Parts of Adams and Denver Counties, Colorado
Survey Area Data:    Version 19, Sep 1, 2022

Soil map units are labeled (as space allows) for map scales 1:50,000 or larger.

Date(s) aerial images were photographed:    Jul 1, 2020—Jul 2, 2020

The orthophoto or other base map on which the soil lines were compiled and digitized probably differs from the background

Case No. 1:25-cv-00346-NYW-KAS    Document 36-6    filed 03/03/26    USDC Colorado    pg 30 of 48

88F-001642

## MAP LEGEND

## MAP INFORMATION

imagery displayed on these maps. As a result, some minor
shifting of map unit boundaries may be evident.

Case No. 1:25-cv-00346-NYW-KAS    Document 36-6    filed 03/03/26    USDC Colorado
pg 31 of 48

88F-001643

Custom Soil Resource Report

# Map Unit Legend

|  | Map Unit Symbol | Map Unit Name | Acres in AOI | Percent of AOI |
|---|---|---|---|---|
| HID | Heldt clay, 3 to 9 percent slopes | 1.0 | 100.0% |
| Totals for Area of Interest |  | 1.0 | 100.0% |

# Map Unit Descriptions

The map units delineated on the detailed soil maps in a soil survey represent the soils or miscellaneous areas in the survey area. The map unit descriptions, along with the maps, can be used to determine the composition and properties of a unit.

A map unit delineation on a soil map represents an area dominated by one or more major kinds of soil or miscellaneous areas. A map unit is identified and named according to the taxonomic classification of the dominant soils. Within a taxonomic class there are precisely defined limits for the properties of the soils. On the landscape, however, the soils are natural phenomena, and they have the characteristic variability of all natural phenomena. Thus, the range of some observed properties may extend beyond the limits defined for a taxonomic class. Areas of soils of a single taxonomic class rarely, if ever, can be mapped without including areas of other taxonomic classes. Consequently, every map unit is made up of the soils or miscellaneous areas for which it is named and some minor components that belong to taxonomic classes other than those of the major soils.

Most minor soils have properties similar to those of the dominant soil or soils in the map unit, and thus they do not affect use and management. These are called noncontrasting, or similar, components. They may or may not be mentioned in a particular map unit description. Other minor components, however, have properties and behavioral characteristics divergent enough to affect use or to require different management. These are called contrasting, or dissimilar, components. They generally are in small areas and could not be mapped separately because of the scale used. Some small areas of strongly contrasting soils or miscellaneous areas are identified by a special symbol on the maps. If included in the database for a given area, the contrasting minor components are identified in the map unit descriptions along with some characteristics of each. A few areas of minor components may not have been observed, and consequently they are not mentioned in the descriptions, especially where the pattern was so complex that it was impractical to make enough observations to identify all the soils and miscellaneous areas on the landscape.

The presence of minor components in a map unit in no way diminishes the usefulness or accuracy of the data. The objective of mapping is not to delineate pure taxonomic classes but rather to separate the landscape into landforms or landform segments that have similar use and management requirements. The delineation of such segments on the map provides sufficient information for the development of resource plans. If intensive use of small areas is planned, however, onsite investigation is needed to define and locate the soils and miscellaneous areas.

12

88F-001644

Custom Soil Resource Report

An identifying symbol precedes the map unit name in the map unit descriptions. Each description includes general facts about the unit and gives important soil properties and qualities.

Soils that have profiles that are almost alike make up a *soil series*. Except for differences in texture of the surface layer, all the soils of a series have major horizons that are similar in composition, thickness, and arrangement.

Soils of one series can differ in texture of the surface layer, slope, stoniness, salinity, degree of erosion, and other characteristics that affect their use. On the basis of such differences, a soil series is divided into *soil phases*. Most of the areas shown on the detailed soil maps are phases of soil series. The name of a soil phase commonly indicates a feature that affects use or management. For example, Alpha silt loam, 0 to 2 percent slopes, is a phase of the Alpha series.

Some map units are made up of two or more major soils or miscellaneous areas. These map units are complexes, associations, or undifferentiated groups.

A *complex* consists of two or more soils or miscellaneous areas in such an intricate pattern or in such small areas that they cannot be shown separately on the maps. The pattern and proportion of the soils or miscellaneous areas are somewhat similar in all areas. Alpha-Beta complex, 0 to 6 percent slopes, is an example.

An *association* is made up of two or more geographically associated soils or miscellaneous areas that are shown as one unit on the maps. Because of present or anticipated uses of the map units in the survey area, it was not considered practical or necessary to map the soils or miscellaneous areas separately. The pattern and relative proportion of the soils or miscellaneous areas are somewhat similar. Alpha-Beta association, 0 to 2 percent slopes, is an example.

An *undifferentiated group* is made up of two or more soils or miscellaneous areas that could be mapped individually but are mapped as one unit because similar interpretations can be made for use and management. The pattern and proportion of the soils or miscellaneous areas in a mapped area are not uniform. An area can be made up of only one of the major soils or miscellaneous areas, or it can be made up of all of them. Alpha and Beta soils, 0 to 2 percent slopes, is an example.

Some surveys include *miscellaneous areas*. Such areas have little or no soil material and support little or no vegetation. Rock outcrop is an example.

88F-001645

Custom Soil Resource Report

# Adams County Area, Parts of Adams and Denver Counties, Colorado

## HID—Heldt clay, 3 to 9 percent slopes

### Map Unit Setting
*National map unit symbol:* 34w1
*Elevation:* 4,000 to 5,600 feet
*Mean annual precipitation:* 12 to 14 inches
*Mean annual air temperature:* 46 to 52 degrees F
*Frost-free period:* 130 to 155 days
*Farmland classification:* Not prime farmland

### Map Unit Composition
*Heldt and similar soils:* 85 percent
*Minor components:* 15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Heldt

#### Setting
*Landform:* Terraces
*Landform position (three-dimensional):* Tread
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Alluvium derived from mixed

#### Typical profile
*H1 - 0 to 5 inches:* clay
*H2 - 5 to 32 inches:* clay
*H3 - 32 to 40 inches:* silty clay loam
*H4 - 40 to 60 inches:* sandy clay loam

#### Properties and qualities
*Slope:* 3 to 9 percent
*Depth to restrictive feature:* More than 80 inches
*Drainage class:* Well drained
*Runoff class:* Medium
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately low to moderately high (0.06 to 0.20 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Calcium carbonate, maximum content:* 10 percent
*Gypsum, maximum content:* 2 percent
*Maximum salinity:* Nonsaline to slightly saline (0.0 to 4.0 mmhos/cm)
*Sodium adsorption ratio, maximum:* 10.0
*Available water supply, 0 to 60 inches:* High (about 9.5 inches)

#### Interpretive groups
*Land capability classification (irrigated):* 4e
*Land capability classification (nonirrigated):* 6e
*Hydrologic Soil Group:* C
*Ecological site:* R067BY042CO - Clayey Plains
*Hydric soil rating:* No

14

88F-001646

Custom Soil Resource Report

**Minor Components**

**Nunn**

*Percent of map unit:* 10 percent

*Hydric soil rating:* No

**Dacono**

*Percent of map unit:* 5 percent

*Hydric soil rating:* No

88F-001647

# Soil Information for All Uses

## Suitabilities and Limitations for Use

The Suitabilities and Limitations for Use section includes various soil interpretations displayed as thematic maps with a summary table for the soil map units in the selected area of interest. A single value or rating for each map unit is generated by aggregating the interpretive ratings of individual map unit components. This aggregation process is defined for each interpretation.

## Building Site Development

Building site development interpretations are designed to be used as tools for evaluating soil suitability and identifying soil limitations for various construction purposes. As part of the interpretation process, the rating applies to each soil in its described condition and does not consider present land use. Example interpretations can include corrosion of concrete and steel, shallow excavations, dwellings with and without basements, small commercial buildings, local roads and streets, and lawns and landscaping.

## Dwellings Without Basements

Dwellings are single-family houses of three stories or less. For dwellings without basements, the foundation is assumed to consist of spread footings of reinforced concrete built on undisturbed soil at a depth of 2 feet or at the depth of maximum frost penetration, whichever is deeper.

The ratings for dwellings are based on the soil properties that affect the capacity of the soil to support a load without movement and on the properties that affect excavation and construction costs. The properties that affect the load-supporting capacity include depth to a water table, ponding, flooding, subsidence, linear extensibility (shrink-swell potential), and compressibility. Compressibility is inferred from the Unified classification of the soil. The properties that affect the ease and amount of excavation include depth to a water table, ponding, flooding, slope, depth to bedrock or a cemented pan, hardness of bedrock or a cemented pan, and the amount and size of rock fragments.

The ratings are both verbal and numerical. Rating class terms indicate the extent to which the soils are limited by all of the soil features that affect the specified use.

16

88F-001648

Custom Soil Resource Report

"Not limited" indicates that the soil has features that are very favorable for the specified use. Good performance and very low maintenance can be expected. "Somewhat limited" indicates that the soil has features that are moderately favorable for the specified use. The limitations can be overcome or minimized by special planning, design, or installation. Fair performance and moderate maintenance can be expected. "Very limited" indicates that the soil has one or more features that are unfavorable for the specified use. The limitations generally cannot be overcome without major soil reclamation, special design, or expensive installation procedures. Poor performance and high maintenance can be expected.

Numerical ratings indicate the severity of individual limitations. The ratings are shown as decimal fractions ranging from 0.01 to 1.00. They indicate gradations between the point at which a soil feature has the greatest negative impact on the use (1.00) and the point at which the soil feature is not a limitation (0.00).

The map unit components listed for each map unit in the accompanying Summary by Map Unit table in Web Soil Survey or the Aggregation Report in Soil Data Viewer are determined by the aggregation method chosen. An aggregated rating class is shown for each map unit. The components listed for each map unit are only those that have the same rating class as listed for the map unit. The percent composition of each component in a particular map unit is presented to help the user better understand the percentage of each map unit that has the rating presented.

Other components with different ratings may be present in each map unit. The ratings for all components, regardless of the map unit aggregated rating, can be viewed by generating the equivalent report from the Soil Reports tab in Web Soil Survey or from the Soil Data Mart site. Onsite investigation may be needed to validate these interpretations and to confirm the identity of the soil on a given site.

88F-001649



Case No. 1:25-cv-00346-NYW-KAS    Document 36-6    filed 03/03/26    USDC Colorado    pg 39 of 48

88F-001651

## MAP LEGEND

**Area of Interest (AOI)**

Area of Interest (AOI)

**Soils**

**Soil Rating Polygons**

Very limited

Somewhat limited

Not limited

Not rated or not available

**Soil Rating Lines**

Very limited

Somewhat limited

Not limited

Not rated or not available

**Soil Rating Points**

Very limited

Somewhat limited

Not limited

Not rated or not available

**Water Features**

Streams and Canals

**Transportation**

+++ Rails

Interstate Highways

US Routes

Major Roads

Local Roads

**Background**

Aerial Photography

## MAP INFORMATION

The soil surveys that comprise your AOI were mapped at 1:20,000.

Warning: Soil Map may not be valid at this scale.

Enlargement of maps beyond the scale of mapping can cause misunderstanding of the detail of mapping and accuracy of soil line placement. The maps do not show the small areas of contrasting soils that could have been shown at a more detailed scale.

Please rely on the bar scale on each map sheet for map measurements.

Source of Map:   Natural Resources Conservation Service
Web Soil Survey URL:
Coordinate System:   Web Mercator (EPSG:3857)

Maps from the Web Soil Survey are based on the Web Mercator projection, which preserves direction and shape but distorts distance and area. A projection that preserves area, such as the Albers equal-area conic projection, should be used if more accurate calculations of distance or area are required.

This product is generated from the USDA-NRCS certified data as of the version date(s) listed below.

Soil Survey Area:   Adams County Area, Parts of Adams and Denver Counties, Colorado
Survey Area Data:   Version 19, Sep 1, 2022

Soil map units are labeled (as space allows) for map scales 1:50,000 or larger.

Date(s) aerial images were photographed:   Jul 1, 2020—Jul 2, 2020

The orthophoto or other base map on which the soil lines were compiled and digitized probably differs from the background

**MAP LEGEND**

**MAP INFORMATION**

imagery displayed on these maps. As a result, some minor
shifting of map unit boundaries may be evident.

Case No. 1:25-cv-00346-NYW-KAS   Document 36-6   filed 03/03/26   USDC Colorado
pg 40 of 48

88F-001652

20

Custom Soil Resource Report

## Tables—Dwellings Without Basements

| Map unit symbol | Map unit name | Rating | Component name (percent) | Rating reasons (numeric values) | Acres in AOI | Percent of AOI |
|---|---|---|---|---|---|---|
| HID | Heldt clay, 3 to 9 percent slopes | Very limited | Heldt (85%) | Shrink-swell (1.00) | 1.0 | 100.0% |
| Totals for Area of Interest | | | | | 1.0 | 100.0% |

| Rating | Acres in AOI | Percent of AOI |
|---|---|---|
| Very limited | 1.0 | 100.0% |
| Totals for Area of Interest | 1.0 | 100.0% |

## Rating Options—Dwellings Without Basements

*Aggregation Method:* Dominant Condition

*Component Percent Cutoff: None Specified*

*Tie-break Rule:* Higher

88F-001653

# Soil Properties and Qualities

The Soil Properties and Qualities section includes various soil properties and qualities displayed as thematic maps with a summary table for the soil map units in the selected area of interest. A single value or rating for each map unit is generated by aggregating the interpretive ratings of individual map unit components. This aggregation process is defined for each property or quality.

# Soil Physical Properties

Soil Physical Properties are measured or inferred from direct observations in the field or laboratory. Examples of soil physical properties include percent clay, organic matter, saturated hydraulic conductivity, available water capacity, and bulk density.

## Plasticity Index

Plasticity index (PI) is one of the standard Atterberg limits used to indicate the plasticity characteristics of a soil. It is defined as the numerical difference between the liquid limit and plastic limit of the soil. It is the range of water content in which a soil exhibits the characteristics of a plastic solid.

The plastic limit is the water content that corresponds to an arbitrary limit between the plastic and semisolid states of a soil. The liquid limit is the water content, on a percent by weight basis, of the soil (passing #40 sieve) at which the soil changes from a plastic to a liquid state.

Soils that have a high plasticity index have a wide range of moisture content in which the soil performs as a plastic material. Highly and moderately plastic clays have large PI values. Plasticity index is used in classifying soils in the Unified and AASHTO classification systems.

For each soil layer, this attribute is actually recorded as three separate values in the database. A low value and a high value indicate the range of this attribute for the soil component. A "representative" value indicates the expected value of this attribute for the component. For this soil property, only the representative value is used.

22

88F-001654



88F-001655

## MAP LEGEND

**Area of Interest (AOI)**
☐ Area of Interest (AOI)

**Soils**

**Soil Rating Polygons**
🟥 = 26.0
⬜ Not rated or not available

**Soil Rating Lines**
〰 = 26.0
〰 Not rated or not available

**Soil Rating Points**
🟥 = 26.0
☐ Not rated or not available

**Water Features**
〰 Streams and Canals

**Transportation**
+++ Rails
〰 Interstate Highways
〰 US Routes
〰 Major Roads
〰 Local Roads

**Background**
▩ Aerial Photography

## MAP INFORMATION

The soil surveys that comprise your AOI were mapped at 1:20,000.

Warning: Soil Map may not be valid at this scale.

Enlargement of maps beyond the scale of mapping can cause misunderstanding of the detail of mapping and accuracy of soil line placement. The maps do not show the small areas of contrasting soils that could have been shown at a more detailed scale.

Please rely on the bar scale on each map sheet for map measurements.

Source of Map:   Natural Resources Conservation Service
Web Soil Survey URL:
Coordinate System:   Web Mercator (EPSG:3857)

Maps from the Web Soil Survey are based on the Web Mercator projection, which preserves direction and shape but distorts distance and area. A projection that preserves area, such as the Albers equal-area conic projection, should be used if more accurate calculations of distance or area are required.

This product is generated from the USDA-NRCS certified data as of the version date(s) listed below.

Soil Survey Area:   Adams County Area, Parts of Adams and Denver Counties, Colorado
Survey Area Data:   Version 19, Sep 1, 2022

Soil map units are labeled (as space allows) for map scales 1:50,000 or larger.

Date(s) aerial images were photographed:   Jul 1, 2020—Jul 2, 2020

The orthophoto or other base map on which the soil lines were compiled and digitized probably differs from the background

88F-001656

## MAP LEGEND

## MAP INFORMATION

imagery displayed on these maps. As a result, some minor
shifting of map unit boundaries may be evident.

Case No. 1:25-cv-00346-NYW-KAS   Document 36-6   filed 03/03/26   USDC Colorado
pg 45 of 48

88F-001657

Custom Soil Resource Report

## Table—Plasticity Index

| Map unit symbol | Map unit name | Rating (percent) | Acres in AOI | Percent of AOI |
|---|---|---|---|---|
| HID | Heldt clay, 3 to 9 percent slopes | 26.0 | 1.0 | 100.0% |
| **Totals for Area of Interest** | | | **1.0** | **100.0%** |

## Rating Options—Plasticity Index

*Units of Measure:* percent

*Aggregation Method:* Dominant Component

*Component Percent Cutoff: None Specified*

*Tie-break Rule:* Higher

*Interpret Nulls as Zero:* No

*Layer Options (Horizon Aggregation Method):* Depth Range (Weighted Average)

*Top Depth:* 2

*Bottom Depth:* 36

*Units of Measure:* Inches

26

88F-001658

# References

American Association of State Highway and Transportation Officials (AASHTO). 2004. Standard specifications for transportation materials and methods of sampling and testing. 24th edition.

American Society for Testing and Materials (ASTM). 2005. Standard classification of soils for engineering purposes. ASTM Standard D2487-00.

Cowardin, L.M., V. Carter, F.C. Golet, and E.T. LaRoe. 1979. Classification of wetlands and deep-water habitats of the United States. U.S. Fish and Wildlife Service FWS/OBS-79/31.

Federal Register. July 13, 1994. Changes in hydric soils of the United States.

Federal Register. September 18, 2002. Hydric soils of the United States.

Hurt, G.W., and L.M. Vasilas, editors. Version 6.0, 2006. Field indicators of hydric soils in the United States.

National Research Council. 1995. Wetlands: Characteristics and boundaries.

Soil Survey Division Staff. 1993. Soil survey manual. Soil Conservation Service. U.S. Department of Agriculture Handbook 18. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_054262

Soil Survey Staff. 1999. Soil taxonomy: A basic system of soil classification for making and interpreting soil surveys. 2nd edition. Natural Resources Conservation Service, U.S. Department of Agriculture Handbook 436. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053577

Soil Survey Staff. 2010. Keys to soil taxonomy. 11th edition. U.S. Department of Agriculture, Natural Resources Conservation Service. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053580

Tiner, R.W., Jr. 1985. Wetlands of Delaware. U.S. Fish and Wildlife Service and Delaware Department of Natural Resources and Environmental Control, Wetlands Section.

United States Army Corps of Engineers, Environmental Laboratory. 1987. Corps of Engineers wetlands delineation manual. Waterways Experiment Station Technical Report Y-87-1.

United States Department of Agriculture, Natural Resources Conservation Service. National forestry manual. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/home/?cid=nrcs142p2_053374

United States Department of Agriculture, Natural Resources Conservation Service. National range and pasture handbook. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/landuse/rangepasture/?cid=stelprdb1043084

88F-001659

Custom Soil Resource Report

United States Department of Agriculture, Natural Resources Conservation Service.
National soil survey handbook, title 430-VI. http://www.nrcs.usda.gov/wps/portal/
nrcs/detail/soils/scientists/?cid=nrcs142p2_054242

United States Department of Agriculture, Natural Resources Conservation Service.
2006. Land resource regions and major land resource areas of the United States,
the Caribbean, and the Pacific Basin. U.S. Department of Agriculture Handbook
296. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?
cid=nrcs142p2_053624

United States Department of Agriculture, Soil Conservation Service. 1961. Land
capability classification. U.S. Department of Agriculture Handbook 210. http://
www.nrcs.usda.gov/Internet/FSE_DOCUMENTS/nrcs142p2_052290.pdf

28

88F-001660