

4044 Clipper Court
Fremont, CA 94538

TOLL-FREE **888.782.3473**
**envistaforensics.com**

Via E-mail: statefarmfireclaims@statefarm.com

June 27, 2023

Brandi Glidden
Claim Specialist
State Farm Fire and Casualty Company
PO Box 106169
Atlanta, GA 30348-6169

|  |  |
|---|---|
| Claim Number: | 06-43R6-88F |
| Insured: | Venus D Wrigley |
|  | 145 Park Road |
|  | 3151 W 65th Ave., Denver, CO, 80221-2103 |
| Reported DOL: | February 22, 2023 |
| Subject: | Clarification of Envista Report dated 4/11/2023 |
| *Envista File No:* | *MAT-152336-G8Q2* |

Dear Ms. Glidden,

At your request, Envista Forensics (Envista) is providing this clarification letter to address additional questions related to our April 11, 2023, report for the property located at 3151 W 65th Avenue, in Denver, Colorado. The conclusions presented in Envista's report regarding the frozen pipe event that occurred on or around December 25, 2022, were as follows:

1. Non-uniform movement of the soils was long-term and attributable to fluctuations in the soil moisture content from variations in rainfall.

2. The non-uniform movement of the soils was exacerbated by the excessive water exposure following the frozen pipe event.

3. The drywall cracks and separations throughout the residence's interior were consistent with ongoing non-uniform movement of soils underlying the foundation, and subsequent differential foundation movement due to interior moisture exposure from the pipe freeze event.

The supplemental questions related to Envista's report and findings presented in the State Farm letter dated May 29, 2023 requested clarifications related to site conditions that contributed to long-term building movement relative to potential contributions from water exposure as a result of the pipe break event. The specific supplemental questions presented to Envista were:

- *What damage to the crawlspace is due to long term from settlement or if it was caused from the pipe freeze on the date of loss?*

- *What damage to the foundation and interior drywall was attributed to the pipe freeze and what is long term from settlement*

In review of Envista's April 11, 2023 report, there is specific analysis within the discussion section of the report that provides background concerning site conditions that indicated long-term contributing factors to the building distress. Evidence of long-term non-uniform movement of the soils and the foundation and floor framing noted in the report included:

- Photograph 8 in the April 11, 2023 report shows contracted soils were observed within the crawlspace, indicating expansive soils that are subject to shrink and swell cycles from seasonal

**CERTAINTY IN AN UNCERTAIN WORLD**

PT&C Forensic Consulting Services, P.A. | TX Firm Registration # F-19410 | NC Firm Registration # C-2837

88F-001684



changes in moisture content.  The USDA soil data presented in Attachment C of the report, rates the soil as "Very Limited" which indicates that the soil has one or more features that are unfavorable for the specified use and that the soil conditions at the residence affect the capacity of the soil to support gravity loads without vertical movement.

• Wood cripple walls supported by an unknown footing system had evidence of previous repairs, with sistered framing and replaced elements. Photographs 11 through 14 show supplemental floor framing supports and repairs to floor framing members indicative of ongoing expansive soils movement and remediation work to address the movement.

• Screw Jacks were observed as part of the foundation system.  The photograph in Figure 1 below shows a screw jack installation in the crawlspace. The differentiating wood color and nature of screw jack installations indicate they were installed subsequent to the original construction. Screw jacks are adjustable supports that are typically used to raise or support structural elements to adjust their position.  In this case, the presence of expansive soils at the site and framing supports supplemented with screw jacks are indications of long-term soils movement and measures introduced to address the movement.



*Figure 1 - Screw-jack supporting floor joists.*

• Note the presence of plastic sheeting within the crawlspace in the photograph in Figure 1.  Plastic sheeting is generally indicative of ongoing moisture intrusion issues in a crawlspace, and is used to create a "vapor barrier" to minimize moisture or moisture vapor transmission into the space. Fluctuating moisture content is a direct cause of expansive soil movement.

It is important to recognize that the pipe freeze event occurred on or around December 25, 2022, and that Envista's site visit at the residence was performed 3 months after the event on April 03, 2023. No documentation or photographs of conditions in the crawlspace prior to the pipe freeze event were provided to Envista that demonstrated pre-existing conditions at the residence, the crawlspace, or the floor joists before the frozen pipe event.

The fact that a sudden pipe break event occurred resulting in flooding within the crawlspace creates a presumption that the pipe freeze and subsequent water evacuation was the sole cause of the distress to the foundation and floor framing.  However, considering existing conditions outlined above and



detailed in Envista's April 11, 2023 report that indicate long-term conditions contributed to the distress, there is sufficient evidence indicating that the pipe freeze was not the predominant cause of the foundation damage, floor framing displacement, and cracks in interior finishes. Conditions within the crawlspace indicated remediation elements were installed to address long-term building movement, including supplemental support posts below floor framing, strengthened floor framing members, adjustable screw-jack supports, and plastic "vapor barrier" sheeting on top of the crawlspace soils. These elements clearly indicate long-term issues related to soils movement and water intrusion.

Although there were many indications of long-term soils related movement at the residence, including the remediation elements observed within the crawlspace, flood water from the frozen pipe event is likely to have had an added contribution to soils related movement of the foundation walls which displaced the floor joist framing and consequently the interior walls and finishes.

Based on the site conditions and considering that Envista's site visit occurred three months after the pipe freeze event, the supplemental questions asked by State Farm cannot be definitively answered. The expansive soils at the site and the indications of remedial efforts to address soils related movement do not support a simple allocation of damage to the foundation, floor framing, and interior finishes at the residence caused by long-term soils related movement or soils related movement caused by flood water release from the pipe break.

Although the site conditions provide sufficient evidence that the pipe freeze was not the predominant cause of the foundation damage, floor framing displacement, and cracks in interior finishes, without documentation of conditions prior to the pipe freeze event, Envista can only provide the following clarifications to supplemental questions posed by State Farm:

1. Has the water caused damage to the foundation in the crawlspace?

   *As described above and detailed in Envista's April 11, 2023 report, damage to the foundation was most likely caused by long-term soils related movement. However, we cannot rule out the possibility that the pipe freeze caused the damage to the foundation. Therefore, it can be inferred that the flood water from the frozen pipe event was the cause of damage to the concrete foundation.*

2. Has water caused damage to the floor joists or structural framing members in the crawlspace? If so what would be the recommended repair?

   *As described above and detailed in Envista's April 11, 2023 report, damage to the floor framing was most likely caused by long-term soils related movement of the foundation. However, we cannot rule out the possibility that the pipe freeze caused the damage to the foundation and consequently damaged the floor joists. Therefore, it can be inferred that the flood water from the frozen pipe event was the cause of damage to the floor framing. When the foundation walls and intermediate floor framing supports are brought back to a level position, the floor system should also be effectively leveled.*

3. What is the cause of the cracking to the drywall in the interior of the dwelling?

   *As described above and detailed in Envista's April 11, 2023 report, damage to the interior wall finishes was most likely caused by long-term soils related movement of the foundation and floor framing. However, we cannot rule out the possibility that the pipe freeze caused the soils related movement of the foundation and floor joists and consequently the displacement of*

88F-001686



*interior walls resulting in cracks in the wall finishes. Therefore, it can be inferred that the flood water from the frozen pipe event was the cause of damage to interior walls and cracks in wall finishes.*

4.  What damage to the crawlspace is due to long term settlement or if it was caused from the pipe freeze on the date of loss?

    *As described above and detailed in Envista's April 11, 2023 report, damage to the foundation, floor framing and interior wall finishes was most likely caused by long-term soils related movement of the foundation and floor framing.  However, we cannot rule out the possibility that the pipe freeze caused the soils related movement of the foundation and floor joists and consequently the displacement of interior walls resulting in cracks in the wall finishes. Therefore, it can be inferred that the flood water from the frozen pipe event was the cause of the damage to the foundation, floor framing and interior wall finishes.*

5.  What damage to the foundation and interior drywall was attributed to the pipe freeze and what is long term from settlement?

    *As described above and detailed in Envista's April 11, 2023 report, damage to the foundation, and interior drywall was most likely caused by long-term soils related movement of the foundation and floor framing.  However, we cannot rule out the possibility that the pipe freeze caused the soils related movement of the foundation and floor joists and consequently the displacement of interior walls resulting in cracks in finishes. Therefore, it can be inferred that the flood water from the frozen pipe event was the cause of the damage to the foundation, and interior finishes.*

We appreciate the opportunity to be of service to State Farm Fire and Casualty Company.  If you have any additional information that may be pertinent to this investigation, please do not hesitate to contact me.  Please also feel free to contact us if you have any questions or require clarification.

**CLOSURE**

This report is for the exclusive use of State Farm Fire and Casualty Company and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

Very truly yours,

Envista Forensics

MAT-152336-G8Q2_20230627

Tristan Burm, P.E.
Project Engineer

Technical Review by:
Matt Steiner, P.E., S.E. (California)
Regional Technical Leader

88F-001687